# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
## INITIAL 341 MEETING NOTES

### I. Case Information:

| | | | |
|---|---|---|---|
| Case No.: | **09-29705 TJC** | Debtor(s): | **James Michael Grisby** |
| Petition Filing Date: | | | |
| Plan Filing Date: | | Counsel: | **Justin M. Reiner (Lawrence Andrews)** |
| 1st Payment: | | Ph/Fax: | |
| Conf. Date &Time: | **1/5/10 10:00 a.m.** | Email: | |

### II. 341 Information:

| | |
|---|---|
| 1st Meeting Date & Time: | **12/3/09  1:00 p.m.** |
| 1st Meeting Completed? | **Y** |
| No. Prior Bkys: | **Ch 13-Dismissed** |
| Creditors Present: | **Gary Speizler** |

| | | | |
|---|---|---|---|
| Photo ID & SSN Verified? | **Y** | | |
| Pay Advice Retained? | **Y** | | |
| R.E. Value Verified? | | | **Sole** |

### III. Documentation of the following required PRIOR TO CONFIRMATION:

| | |
|---|---|
| Income: | **D is SE contractor; need regular mo. bus. rpts with corresponding bus. bank statements *need verifification of rental income** |
| Taxes: | **all non-exempt tax refunds need to come into plan** |
| Real Property: | **W has rental property which is operating at a loss-need to review impact** |
| Expense Verification: | |
| Amended Plan: | **amend to surrender EMC property** |
| Amended Schedules: | |
| Disposable Income: | **recommend that W not use credit cards ($30,000 bal.)** |
| Motion/Objections: | **DA filing Motion to Avoid 2nd DOT** |
| Other: | **D has made Nov. 1st DOT only and fitst plan payments** |

| | |
|---|---|
| Meeting Conducted By: | |
| | */s/ Mary Park McLean, Esquire* |
| **Nancy Spencer Grigsby**<br>**Chapter 13 Bankruptcy Trustee**<br>**4201 Mitchellvile Rd., Ste. 401**<br>**Bowie, MD 20716**<br>**Tel. 301-805-4700  Fax. 301-805-9577** | Mary Park McLean, Esq., Staff Attorney |