**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  09–29705 – TJC    Chapter:  13

James Michael Grisby
14211 Arctic Avenue
Rockville, MD 20853

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

   Having held a hearing on the Chapter 13 Plan proposed by the Debtor(s) and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor(s) is denied; and it is further

   ORDERED, that the Debtor(s) is/are granted leave to file an amended Plan on or before **January 21, 2010**; and it is further

   ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **February 23, 2010**, at **10:00 a.m.**, in the U.S. Bankruptcy Court, Courtroom **3e**,

U.S. Courthouse
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

; and it is further

   ORDERED, that if within the time granted for amendment the Debtor(s) fail(s) to file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court on account of Debtor(s)' failure to prosecute the case properly, without further notice or hearing.

cc:   Debtor(s)
      Attorney for Debtor(s) – Justin M. Reiner
      Chapter 13 Trustee – Nancy L Spencer Grigsby

\*\*\* **DEBTOR(S)/COUNSEL SHALL MAIL (1) A COPY OF THIS NOTICE AND (2) THEIR AMENDED PLAN TO ALL CREDITORS AND PARTIES REQUESTING NOTICE AND SHALL PROVIDE THE COURT WITH A CERTIFICATE OF SERVICE BY THE DATE SET FOR FILING THE AMENDED PLAN.** \*\*\*

8.2a – *skirkland*

## End of Order

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: khorning           Page 1 of 1               Date Rcvd: Jan 07, 2010
Case: 09-29705                Form ID: pdfparty        Total Noticed: 1

The following entities were noticed by first class mail on Jan 09, 2010.
db           +James Michael Grisby,   14211 Arctic Avenue,   Rockville, MD 20853-2250

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2010**          Signature:   _Joseph Speetjens_